IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**RICKY W. HENDRICKS**                                                 **PLAINTIFF**

vs.                                             Civil No. 4:22-cv-04041

**KILOLO KIJAKAZI,**                                                 **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 30th day of March 2023, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                         /s/ *Barry A. Bryant*
                                                         HON. BARRY A. BRYANT
                                                         U. S. MAGISTRATE JUDGE